# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

IN RE:

**GERMAN ALEJANDRO DIAZ**
**IVETTE CRUZ LEON**

**xxx−xx−7829**
**xxx−xx−6380**

Debtor(s)

Case No. **10−00453 ESL**

Chapter **13**

**FILED & ENTERED ON 4/4/14**

### *ORDER GRANTING RECONSIDERATION*

Upon debtor's (s') request for reconsideration of the order dismissing the instant case (docket entry #81), due notice having been given, there being no opposition and good cause appearing thereof, the motion is granted. The Order Dismissing the Case is vacated and set aside.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Friday, April 4, 2014 .

Enrique S. Lamoutte
United States Bankruptcy Court